IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED CASUALTY AND SURETY INSURANCE COMPANY | § § | |
|     Plaintiff, | § § | Civil Action No. 4: 24-cv-00621-O |
| v. | § § | |
| MSB CONSTRUCTORS, INC. and MARK S. BERRY | § § § | |
|     Defendants. | § | |

## FINAL JUDGMENT

ON THIS DATE the Court considered the above-styled matter. Pursuant to an agreement of the parties, Plaintiff, United Casualty and Surety Insurance Company, shall recover from and against Defendants, MSB Constructors, Inc. and Mark S. Berry, jointly and severally, as follows:

a) Actual damages: $4,515,021.61;

b) Post-judgment interest at the statutory rate per annum from this date until the Judgment is fully paid; and

c) Costs of Court.

**SO ORDERED** on this **12th day** of **August, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE